## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

**TSA PROPERTIES, LLC,**
    **Plaintiff,**
**v.**
**HISCOX INC. d/b/a HISCOX**
**INSURANCE COMPANY INC.,**
    **Defendant.**

**Civil Action No: 2:20-cv-00192**

### FIRST AMENDED COMPLAINT

1.      Plaintiff, TSA Properties, LLC, by counsel Alexander Kutanovski of Kutanovski Law Offices, brings its cause of action against Defendant, Hiscox Inc. d/b/a Hiscox Insurance Company Inc., and states as follows:

### PARTIES, JURISDICTION AND VENUE

2.      Plaintiff, TSA Properties, LLC (hereinafter "TSA Properties"), is a limited liability company organized in the State of Indiana with its principal place of business located in the Northern District of Indiana.

3.      TSA Properties owns the real estate located within the Northern District of Indiana at 19 N. Court Street, Crown Point, Lake County, Indiana (hereinafter the "Premises") which is the real estate subject to this action.

4.      Defendant, Hiscox Inc. d/b/a Hiscox Insurance Company Inc. (hereinafter "Hiscox") is an insurance provider is organized under the law of the State of Delaware with its principal place of business located in the State of New York.

5.      Hiscox is authorized to issue property and casualty policies of insurance within the Northern District of Indiana.

6.      Jurisdiction is conferred on this Court by 28 U.S.C. §1332 as the matter in controversy exceeds $75,000.00 and is between citizens of different states.

7.    All occurrences, events and transactions concerning this matter took place within the geographical boundaries of the Northern District of Indiana, and venue is, therefore, proper in this Court.

## FACTUAL ALLEGATIONS

8.    TSA Properties is regularly engaged in the business of leasing the Premises to tenants for commercial purposes.

9.    On or about April 30, 2018, TSA Properties entered into a Commercial Lease (hereinafter "Lease"), attached hereto as Exhibit "A" and incorporated herein by reference, with Crown Productions LLC (hereinafter "Crown Productions") for the lease of the Premises

10.    On or about November 21, 2018, Hiscox issued a policy of liability insurance to Crown Productions and issued a Certificate of Liability Insurance listing TSA Properties as an additional insured all under Policy No. UDC-2414883-CGL-18.

11.    During the term of the Lease, Crown Productions performed demolition and construction activities within and upon the Premises without the express consent of TSA Properties and Crown Productions failed to complete the demolition and construction activities in a manner which would prevent damage to the Premises.

12.    Due to Crown Productions failure to complete the demolition and construction activities within and upon the Premises, the Premises suffered damages due to wind, rain, snow and/or freezing and thawing of water.

13.    On or about November 5, 2019, TSA Properties entered into a Commercial Lease (hereinafter "Lease 2"), attached hereto as Exhibit "B" and incorporated herein by reference, with Jorge Gutierrez II (hereinafter "Gutierrez") and Brad Strom (hereinafter "Strom") for the lease of the Premises with the understanding that Gutierrez and Strom would be operating as "SG Productions, Inc".

14.     On or about January 23, 2020, Hiscox issued a policy of liability insurance to SG Productions, Inc. and issued a Certificate of Liability Insurance listing TSA Properties as an additional insured all under Policy No. UDC-4385850-BOP-20.

15.     During the term of the Lease, SG Productions, Inc. performed demolition and construction activities within and upon the Premises without the express consent of TSA Properties and SG Productions, Inc. failed to complete the demolition and construction activities in a manner which would prevent damage to the Premises.

16.     The HVAC, plumbing and electrical components of the Premises were not completed or returned to a useable condition by Crown Productions and/or SG Productions, Inc. upon termination of the Lease or termination of Lease 2.

17.     The failure by Crown Productions and SG Productions, Inc. to complete the demolition and construction activities upon and within the Premises resulted in damages due to wind, rain, snow and/or freezing and thawing of water.

18.     Upon discovery of the damages to the Premises and the policy coverage for the same under insurance policies issued to Crown Productions and SG Productions, Inc., TSA Properties contacted Hiscox to initiate a claim under the "Damages to Rented Premises" clause and was advised by Hiscox's claim representative, via telephone only, that coverage was not available.

19.     TSA Properties made several requests to Hiscox for a complete copy of the policy of insurance and a written determination of the denial of the claim, and Hiscox has failed to respond to such requests until after the filing of this action.

20.     Crown Productions and/or SG Productions, Inc. action/inaction has caused damages to the Premises by way of either unauthorized demolition to the Premises and/or failure

to reconstruct the Premises to a usable condition and/or by way of wind, rain, snow and/or freezing and thawing of water that occurred as a result of their action/inaction.

<strong><u>COUNT I - BREACH OF CONTRACT</u></strong>

21.    Plaintiff, TSA Properties, LLC, incorporates by reference rhetorical paragraphs 1 through 20 as if fully set forth herein.

22.    Hiscox has breached its contract of insurance with TSA Properties by:

      a.    Failing to promptly and reasonably process a claim;

      b.    Failing to properly train and/or instruct its adjusters and/or agents;

      c.    Failing to provide uniform and/or standard guidelines and/or materials to adjusters and/or agents to properly evaluate claims;

      d.    Failing to provide sufficient funds for repair of the damages to the Premises pursuant to the policy terms;

      e.    Failing to promptly pay to TSA Properties under the policy limits for the damages to the Premises; and

      f.    Failing to provide a copy of the full policy to TSA Properties as an additional insured upon request.

22.    TSA Properties has suffered damages as a result of Hiscox's breach of contract.

23.    TSA Properties is entitled to compensation related to the damages it has incurred as a result of Hiscox's breach of contract.

<strong><u>COUNT II - FAILURE TO DEAL IN GOOD FAITH</u></strong>

24.    Plaintiff, TSA Properties, LLC, incorporates by reference rhetorical paragraphs 1 through 23 as if fully set forth herein.

25.    Hiscox acted negligently with respect to this incident by the following actions:

a.    Failing to respond to requests in a timely manner;

b.    Failing to properly and timely adjust this claim consistent with insurance industry standards;

c.    Failing to provide any reasonable basis for denying payment on this claim;

d.    Failing to meet its duty owed to TSA Properties to engage in good faith and fair dealings;

e.    Failing to cover the damage to the Premises regardless of the fact that TSA Properties has provided evidence of damages to the Premises;

f.    Failing to deal in good faith as it has failed to adequately determine the magnitude of the damages sustained to the Premises and the cost of the repairs.

26.    TSA Properties has suffered damages as a result of Hiscox's breach of its duty to deal in good faith.

27.    TSA Properties is entitled to compensation related to the damages it has incurred as a result of Hiscox's failure to deal in good faith.

WHEREFORE, Plaintiff, TSA Properties, LLC, by counsel respectfully requests this Court grant judgment in its favor, and against the Defendant, Hiscox Inc. d/b/a Hiscox Insurance Company Inc., in the amount to adequately compensate TSA Properties for its actual damages, punitive damages for failure to deal in good faith in an amount determined by this honorable court, reasonable attorney fees, the costs of this action and for all other just and proper relief.

Respectfully submitted,

KUTANOVSKI LAW OFFICES
Attorneys for Plaintiff, TSA Properties, LLC

By:___s/Alexander Kutanovski_____
     Alexander Kutanovski #27213-45
     alex@kutanovskilaw.com
     1504 N. Main St., Crown Point, IN  46307
     Phone:  (219) 663-8480

595-17-A
v.3