UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TSA PROPERTIES, LLC,<br><br>     **Plaintiff,**<br><br>v.<br><br>HISCOX INSURANCE COMPANY INC.,<br><br>     **Defendant.** | Civil Action No: 2:20-cv-00192-PPS-JPK |

## NOTICE OF SETTLEMENT

The Plaintiff, TSA PROPERTIES, LLC, and the Defendant, HISCOX INSURANCE COMPANY, INC., by and through their respective undersigned counsel, advise the Court that they have successfully reached an agreement to resolve this litigation. The parties anticipate that it will require approximately forty-five (45) days for them to complete and execute documentation to effectuate their settlement. Accordingly, the parties respectfully request that the Court vacate all existing deadlines and hearings in this matter and allow them until Monday, November 30, 2020 to tender a Stipulation of Voluntary Dismissal to the Court.

  Respectfully submitted,

| | |
|---|---|
| */s/ Alex Kutanovski (w/permission)*<br>Alexander Kutanovski (#27213-45)<br>**KUTANOVSKI LAW OFFICES**<br>1504 N. Main St.<br>Crown Point, IN 46307<br>(219) 663-8480<br>alex@kutanovskilaw.com<br>*Counsel for the Plaintiff,*<br>*TSA Properties, LLC* | */s/ Trevor W. Wells*<br>Trevor W. Wells (#31156-64)<br>**REMINGER CO., L.P.A.**<br>One Professional Center, Suite 202<br>2100 North Main Street<br>Crown Point, IN 46307<br>(219) 663-3011<br>(219) 663-1049 (fax)<br>twells@reminger.com<br><br>AND |

>Scarlett M. Rajbanshi, *pro hac vice granted*
>Christopher J. Yagoobian, *pro hac vice granted*
>Peabody & Arnold LLP
>600 Atlantic Ave
>Boston, MA 02210
>(617) 951-2100
>srajbanshi@peabodyarnold.com
>cyagoobian@peabodyarnold.com
>*Counsel for the Defendant,*
>*Hiscox Insurance Company, Inc.*

### CERTIFICATE OF SERVICE

I certify that on October 19, 2020, a true and complete copy of the above and foregoing was served in accordance with Fed.R.Civ.P. 5, pursuant to the district court's ECF system as the ECF filers, and was served by electronic mail and First-Class U.S. Mail, postage-prepaid to non-ECF filers and parties who do not appear to be registered with the Court's ECF system.

>Alexander Kutanovski, Esq.
>Kutanovski Law Offices
>1504 N. Main Street
>Crown Point, Indiana 46307
>*Counsel for the Plaintiff*

>>*/s/ Trevor W. Wells*
>>Trevor W. Wells (#31156-64)
>>**REMINGER CO., L.P.A.**